# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | MENDOCINO REALTY, INC. |
| **Case Number:** | 2:09-bk-27737-RJH    **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, NOVEMBER 01, 2010 10:00 AM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** |  |
| **Reporter / ECR:** | N/A |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY JP MORGAN CHASE BANK

**R / M #:** 128 / 0

**VACATED:** Settlement Forthcoming

## *Appearances:*

NONE

## *Proceedings:*

VACATED: Settlement Forthcoming